AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:25-cv-01703-MTK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TPH Paralegal Professional Corporation
was received by me on *(date)* 09/24/2025.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On October 2, 2025, via postal channels, with signature and proof of delivery attached, as permitted by FRCP 4(f)(1) and Hague Service Convention Section 14, Article 10(a). Water Splash, Inc. v. Menon, 581 U.S. 271 (2017).

My fees are $ _____ for travel and $ 67.66 for services, for a total of $ 67.66 .

I declare under penalty of perjury that this information is true.

Date: 11/04/2025

*Server's signature*

Andrew Roman Perrong, Esq.
*Printed name and title*

2657 Mount Carmel Avenue
Glenside, PA 19038

*Server's address*

Additional information regarding attempted service, etc:
Courier services like UPS are "postal channels" for the purposes of the Hague Service Convention. Conclusions and Recommendations Adopted by the Special Commission on the Practical Operation of the Hague Apostille, Evidence and Service Conventions, Permanent Bureau of the Hague Conference on Private International Law ¶ 56 (2003) (noting that the "use of a private courier was the equivalent of the postal channel."); accord TracFone Wireless, Inc. v. Unlimited PCS Inc., 279 F.R.D. 626, 631 (S.D. Fla. 2012) (collecting cases); In re Hawker Beechcraft, Inc., 486 B.R. 264, 283 (Bankr. S.D.N.Y. 2013).

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z12W3V6D993507233

**Weight**

0.40 LBS

**Service**

UPS Worldwide Saver®

**Shipped / Billed On**

10/01/2025

**Additional Information**

Signature Required

**Delivered On**

10/02/2025 9:45 A.M.

**Delivered To**

MARKHAM, CA

**Received By**

SHAMIZA

**Left At**

Front Desk

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 11/04/2025 10:37 A.M. EST

[Print this page]

# TPH Paralegal Professional Corporation

d/b/a TPH Legal Services
110 Copper Creek Dr
Suite 305
Markham ON L6B0P9
Canada

 **Shipment Details**

 1Z12W3V6D993507233

| Ship From Address: Perrong Law | Package Details | Label Details |
|---|---|---|
| Perrong Law LLC<br>2657 Mount Carmel Ave<br>Glenside PA 19038-2911 | Package Type: UPS Express Envelope<br>Dimensions: Predefined<br>Weight: 6 oz<br>Signature Confirmation<br><br>**Customs Form**<br><br>Signer: Andrew Perrong<br>Content Type: Documents<br>Items:<br>1x Legal Documents NO VALUE ($0.00 - HS 4911.99.8000 - US) | <br>Label Size: 4×6"<br>Label Filetype: PDF |