Jeffrey G. Bradford, OSB No. 133080
  Direct:  503.802.5724
  Email:  jeff.bradford@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### (EUGENE DIVISION)

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TPH PARALEGAL PROFESSIONAL CORPORATION d/b/a TPH LEGAL SERVICES,<br><br>Defendant. | Civil No. 6:25-cv-01703-MTK<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

**LR 7-1 CERTIFICATION**

Pursuant to LR 7-1, counsel for Defendant conferred with counsel for Plaintiff, who does not oppose this Motion.

**MOTION**

Without waiving any defenses under Rule 12 of the Federal Rules of Civil Procedure or otherwise, and pursuant to Fed. R. Civ. P. 6 and LR 16-3, Defendant TPH Paralegal Professional Corporation dba TPH Legal Services ("Defendant") respectfully moves this Court, unopposed, to extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint

PAGE 1 –  UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO
            ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

(ECF No. 1) in the above-captioned matter to and including November 19, 2025.  This extension does not affect any other deadlines.  This is Defendant's first request for extension in this action.

## MEMORANDUM

This action was filed on September 23, 2025, and Defendant was served on October 2, 2025.  On November 4, 2025, Plaintiff filed a Proof of Service (ECF No. 5).  Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint was October 23, 2025.

Defendant respectfully requests that this Court grant an extension of time to respond to Plaintiff's Complaint, making Defendant's new deadline to answer, move, or otherwise respond to Plaintiff's Complaint November 19, 2025.  Plaintiff has agreed to this request.  Defendant's counsel was engaged very recently and seeks additional time to investigate the facts and claims alleged in Plaintiff's Complaint.  This extension is not sought for purposes of undue delay.  In seeking the foregoing extension, Defendant does not waive, and expressly reserves, any and all rights, objections, arguments, and defenses relating to Plaintiff's Complaint and otherwise, including but not limited to all jurisdictional defenses, any arbitral rights, and the right to move to dismiss the Complaint or to move to compel arbitration of these proceedings.

Defendant respectfully requests that the Court grant this unopposed motion and extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint to November 19, 2025.

DATED:  November 6, 2025.

TONKON TORP LLP

By:    s/ Jeffrey G. Bradford
            Jeffrey G. Bradford, OSB No. 133080
            Direct:  503.802.5724
            Email:  jeff.bradford@tonkon.com
            *Attorneys for Defendant*

PAGE 2 –  UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO
            ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT