Jeffrey G. Bradford, OSB No. 133080
  Direct:  503.802.5724
  Email:  jeff.bradford@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(EUGENE DIVISION)

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>TPH PARALEGAL PROFESSIONAL CORPORATION d/b/a TPH LEGAL SERVICES,<br><br>        Defendant. | Civil No. 6:25-cv-01703-MTK<br><br>**DECLARATION OF ROY TOKER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S COMPLAINT** |

I, Roy Toker, declare and state as follows:

1.     I am a director of the defendant in this case, TPH Paralegal Professional Corporation dba TPH Legal Services ("TPH").  I make this declaration based upon personal knowledge and, if called to testify, would attest to the facts herein.

2.     TPH is based in Markham, Ontario, Canada.  It is a paralegal group that provides legal services pursuant to the licensure of paralegals under the Law Society of Ontario.  TPH exclusively serves clients in Canada and does not, and cannot, engage in any business activities

PAGE 1 – DECLARATION OF ROY TOKER IN SUPPORT OF DEFENDANT'S MOTION
        TO DISMISS AND/OR STRIKE PLAINTIFF'S COMPLAINT

anywhere in the United States, including Oregon. As such, TPH does not intentionally make phone calls to any U.S. residents.

      3.     Before Plaintiff Chet Michael Wilson filed this action, his attorney contacted our office. One of our employees explained to Plaintiff's attorney that TPH operates exclusively in Canada and that the alleged call to a U.S. resident was an error.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: November 19, 2025.

By:   *s/*   Roy Toker (Nov 19, 2025 18:06:19 EST)
      Roy Toker

PAGE 2 – DECLARATION OF ROY TOKER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S COMPLAINT