Jeffrey G. Bradford, OSB No. 133080
  Direct:  503.802.5724
  Email: jeff.bradford@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(EUGENE DIVISION)

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TPH PARALEGAL PROFESSIONAL CORPORATION d/b/a TPH LEGAL SERVICES,<br><br>Defendant. | Civil No. 6:25-cv-01703-MTK<br><br>**DECLARATION OF JEFFREY G. BRADFORD IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S COMPLAINT** |

I, Jeffrey G. Bradford, declare and state as follows:

1. I am counsel of record for TPH Paralegal Professional Corporation dba TPH Legal Services ("TPH"). I make this declaration based upon personal knowledge and if called to testify would attest to the facts herein.

2. Plaintiff Chet Michael Wilson has filed over 60 actions similar to the above-captioned matter, in which he alleges violations of the Telephone Consumer Protection Act ("TCPA"); he has filed 20 such actions in Oregon alone. Attached hereto as **Exhibit 1** is a list of these cases. The phone number comprised of the area code "541" followed by seven identical

PAGE 1 –  DECLARATION OF JEFFREY G. BRADFORD IN SUPPORT OF
              DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S
              COMPLAINT

digits that is the subject of the above-captioned action (the "-9999 Number") forms the basis for multiple of these other TCPA actions by Plaintiff.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a Facebook post by Plaintiff in which he identifies the -9999 Number as the contact phone number for his professional activities as the Director of Marketing for LeavenNoTrace.org.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the "Our Services" webpage for Atlas Storage, a company in Albany, Oregon, that lists the -9999 Number as its business contact number.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Realtor.com contact page for realtor, Joe Hansey, which lists the -9999 Number as his business contact number.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the District of Oregon's Local Rule 5, which includes the -9999 Number as example text in the section for LR 5-8(c).

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Lane Community College "Dental Assisting Program Application Fall 2020 Forms Packet," which includes the -9999 Number as example text.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Oregon State University Career Development Center's "Résumé and CV Samples – Master's and Ph.D. Level," which includes the -9999 Number as example text in the "Betsy Beavers" résumé.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a document entitled "Effective Resumes for Fisheries & Wildlife Students," provided by Oregon State University, which includes the -9999 Number as example text in the "Barbara Biologist" résumé.

PAGE 2 –   DECLARATION OF JEFFREY G. BRADFORD IN SUPPORT OF
            DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S
            COMPLAINT

10. Attached hereto as **Exhibit 9** is a true and correct copy of the University of Oregon's "USCIS Form I-765 Guide for F-1 Students," which includes the -9999 Number as example text in the form's Part 3, Questions 3 and 4.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED: November 19, 2025.

By: *s/ Jeffrey G. Bradford*
Jeffrey G. Bradford, OSB No. 133080

PAGE 3 – DECLARATION OF JEFFREY G. BRADFORD IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S COMPLAINT