**Leaven No Trace** is 🥰 feeling determined. · Follow
October 17, 2020 ·

My name is Chet Wilson...

As a native Oregonian growing up in the coastal town of Florence I have seen the destruction that litter has on our delicate ecosystem. Over time, sadly I had come to accept it as I think many of us have. In doing so, I've looked beyond the trash and into the marvelous beauty that surrounds us until I observed a random stranger's action which made me think on a bigger scale and grasp the fact that we truly can change this and many other things together, but not alone!

I noticed the strips of roadway I pass weekly on HWY 126 where he had cleaned looked so much different. Absolutely night and day difference! Then I passed the abrupt line of where his progress ended and it now saddened me that the trash mixed into the green lush plants now jumped out at me and spoke volumes to the depth of destruction our ways of living effects our ecosystem. The future of our existence and this world our children inevitably inherit depends on our actions today.

For hundreds years humans have been destroying nature and dumping our waste leading to the destruction of the world. More recently the materials being dumped are far more toxic & detrimental to nature and especially when they are mowed into microtrash and then wash into water ways effecting or ecosystem all the way to the Pacific. This saddens me to my core and the buck stops here. We are using our combined networks and assets to change the structures of government inhibiting our progress as humans. Instead of only taking from nature, sometimes we must also give back to this symbiotic relationship that encompasses our entire existence.

You'd be surprised how many have brought resistance to our cause and we can point fingers, but we would much rather apply that same energy into spreading awareness by deeds, not words and push those out of positions of leadership that don't support the work we are doing to rectify this critical issue effecting us all.

We can take mistakes we have made prior to this generation to fuel our passion for change right now but we can't accept the sweeping these detrimental issues causing the destruction of our planet any longer. I truly believe we can reverse this if we all work together for progress and awareness as well as elect officials into places of power that support positive change, not those who inhibit change within their official capacity.

With that being said, I am honored to now be elected onto the board of LEAVEN No Trace as Director of Marketing so I can invest my own passion combined with recruiting others towards fixing this chain of nonsense we ourselves have not only inherited, but each perpetuate without taking action into our own hands to rectify this now.

If you are interested in supporting this movement financially please follow the link below to donate and/or if you are interested in seeing how your own skills or even business may unite with ours to perpetuate change, please message us here or feel free to text me directly at the # below.

Blessings to you all! 😁

🌱💚🙏

Chet Wilson
-9999
Director of Marketing
LeavenNoTrace.org

Exhibit 2
Page 1 of 2



Taken from:

https://www.facebook.com/profile/100064670830666/search/?q=999-9999

Exhibit 2
Page 2 of 2