ATLAS STORAGE

# Our Services

With years of experience at Atlas Storage, we're here to help deliver a complete self storage solution that suits your every need.

## Self Storage

Why choose us for your storage needs?

How does self-storage work?

Do you have extended hours?

What other services do you offer?



Exhibit 3
Page 1 of 3

Atlas Storage

# All of our locations

Choose a location near you

Unfortunately, we currently have no open locations.

# Opening Soon

Opening Soon

### Atlas Storage Albany

166 41st Avenue Southeast, Albany, OR, 97322, US

Contact us by phone: +1(541) 999-9999

JOIN THE WAITLIST          VIEW FACILITY DETAILS

**ATLAS STORAGE**

Discover

Home

Our Location

Storage Sizes

Exhibit 3
Page 2 of 3

11/17/25, 1:17 AM     Atlas Storage | Our Storage Services & Solutions

Our Services

Our Location

Atlas Storage Albany



© 2025 Atlas Storage. All rights reserved.