11/17/25, 1:21 AM                              Joe Hansey - EUGENE, 97408-7418 Real Estate Agent | realtor.com®

Realtor.com® Real Estate...                                                                   Open in App
★★★★★ 500,000+

☰                                    realtor.com®

[← Back]

Overview                                                                                          ⌄



# Joe Hansey
9 years of experience

Write Joe Hansey's first review

( Contact )

## About Joe Hansey

## Contact information

📞  (541) 999-9999   mobile

🌐  Keller Williams /Eugene-Spfld

📍  2644 SUZANNE WAY STE 100
    EUGENE, OR 97408-7418
    View map

https://www.realtor.com/realestateagents/5911e679d285640010193256                                1/3

Exhibit 4
Page 1 of 3

## Listings and sales



## Ratings and reviews

Did Joe Hansey help you with your property?

\+ Add rating and review

## Testimonials ⓘ

Share your experience working with Joe Hansey.

\+ Add a testimonial

11/17/25, 1:21 AM                              Joe Hansey - EUGENE, 97408-7418 Real Estate Agent | realtor.com®

Are you Joe Hansey? **Edit profile**

       

| About us | Careers | Accessibility |
|---|---|---|
| Feedback | Media room | Ad Choices |
| Advertise with us | Agent support | Privacy |
| Terms | Home Made | Tech Blog |
| Agent Blog | Sitemap | **Do Not Sell or Share My Personal Information** |

**Get the app**

 

Any mortgage lead generation activity in the state of Connecticut is performed by MSIM, LLC (NMLS #2121192), a subsidiary of Move, Inc.

© 1995-2025 **National Association of REALTORS**® and **Move, Inc.** All rights reserved.