11/17/25, 1:07 AM                                   Printable Civil Procedure

## LR 5 - Service and Filing of Pleadings and Papers

*(See* Fed. R. Civ. P. 5*)*

### LR 5-1 Types of Filers; Implications for Receipt of Service

#### (a) Registered Users

1. Attorneys admitted to the bar of this Court pursuant to LR 83-1, LR 83-3, and LR 83-4 must register and maintain active accounts with PACER (pacer.uscourts.gov) and register to e-file in CM/ECF. Upon registration, attorneys are deemed to be Registered Users for purposes of these Local Rules.

2. A self-represented party who is not incarcerated may apply to the assigned judge for permission to become a Registered User by submitting a request to e-file. Upon application, a self-represented party consents to electronic service via CM/ECF.  If the request is approved, that individual will become a Registered User in the specific case.

3. Unless otherwise limited by these rules, Registered Users must file all pleadings, documents (including attachments and exhibits), and other papers electronically through CM/ECF.

| Practice Tip |
|---|
| Instructions and requirements for applying to e-file as a self-represented party are available on the Court's website at ord.uscourts.gov. |

#### (b) Non-Registered Users

Non-Registered Users must file all documents with the Clerk's Office in paper form.

A filing party is responsible for perfecting service on a Non-Registered User in any manner permitted by the Federal Rules of Civil Procedure or these local rules and for filing a Certificate of Service.

### LR 5-2 Electronic Filing

#### (a) CM/ECF User Manual

Registered Users must follow the electronic filing requirements as described in detail in the CM/ECF User Manual on the Court's website at ord.uscourts.gov. This manual may be updated periodically to conform to new releases or features of CM/ECF. Notice of any updates will be posted on the Court's website.

#### (b) Text-Searchable PDF Files Required

All pleadings and documents, including attachments and exhibits, must be filed as text-searchable PDF files, unless otherwise directed by the Court.

#### (c) Hyperlinks

1. **Authorization**
Electronically filed documents may contain hyperlinks to other portions of the same document and/or hyperlinks to a location on the Internet that contains a source document for a citation.

2. **Citation Format**
Hyperlinks to cited authority do not replace standard citation format. Complete citations must be included within the text of the document. Neither a hyperlink, nor any site to which it refers, is considered part of the record. Hyperlinks are simply convenient mechanisms for accessing material cited in an electronically filed document.

3. **Disclaimer**

The Court neither endorses nor accepts responsibility for any product, organization, or content at any hyperlinked site, or at any site to which that site may be linked.

### (d) Facsimile (FAX) Filings (*See* Fed. R. Civ. P. 5(d))

Facsimile filings are not allowed except in emergency situations, and then only when expressly approved in advance by the assigned judge and coordinated with the Clerk's Office.

### (e) Sealed Documents

1. A motion to file a document under seal may be filed under seal without an authorizing order.

2. Registered Users must file motions to file documents under seal via CM/ECF and include the document(s) proposed to be filed under seal as attachments.

3. Registered Users must file all documents authorized to be filed under seal via CM/ECF and must have the words "AUTHORIZED TO BE FILED UNDER SEAL" typed directly below the document title.

4. Motion to Seal Previously Filed Documents
A party seeking to place under seal a document that is currently in the public record must file and serve a motion. Unless otherwise requested, the motion will be treated as a discovery motion. *See* LR 26-3.

| Practice Tips |
|---|
| 1. When filing the motion to file a document under seal or a document authorized to be filed under seal in CM/ECF, refer to the CM/ECF User Manual for guidance and information about restriction types.
2. Because sealed filings are not accessible via remote, electronic access, service of such filings must be completed outside of CM/ECF.
3. Portions of a document cannot be placed under seal. For procedures related to filing a redacted document see Fed. R. Civ. P. 5.2.
4. For filing motions for protective orders, or filing documents pursuant to an existing protective order, see LR 26-4. |

### (f) Filing of Administrative Records in Cases Seeking Judicial Review of Agency Actions

1. Administrative Records in Social Security disability cases arising under 42 U.S.C. §§ 405(g) and 1383(c) must be filed electronically in CM/ECF in text-searchable PDF format.

    A. The Administrative Record may be filed in CM/ECF either as a single PDF with a hyperlinked index or bookmarks identifying the following sections, or as separate PDF files corresponding to the following sections:

        i. Main Document identifying the Transcript of the Social Security Administrative Record and Record of Service;

        ii. Certification Page;

        iii. Court Transcript Index;

        iv. Administrative Process Documents;

        v. Transcript of Hearing Before the Administrative Law Judge;

        vi. Payment Documents and Hearing Decisions;

        vii. Non-Disability Related Development;

        viii. Disability Related Development;

        ix. Medical Records (divided into separate parts of no more than 50 pages each); and,

        x. If on remand, the prior Administrative Record is to be segregated as described above.

    B. A paper copy of the Administrative Record must be filed with the Court within three business days after the electronic filing.  *See* LR 5-8.

2. In any other cases seeking judicial review of an agency action, as defined in the statutes authorizing such review, agency counsel filing an administrative record must either:

    A. File the administrative record electronically and provide a paper judge's copy (see LR 5-8); or

    B. File a CD-ROM containing the administrative record as a physical exhibit by submitting it to the Clerk's Office attached to a Notice of Filing of the Administrative Record.  The Clerk's Office will docket the CD-ROM as a physical exhibit to the Notice.  The Clerk's Office will not transfer the content of the CD-ROM to CM/ECF, but in the event of appeal, will transmit the CD-ROM as part of the record.  When filing the notice, the agency's counsel must submit to the Clerk's Office a judge's copy of the CD-ROM.

## LR 5-3 Filing Availability and Deadline

### (a) Availability

1. Electronic filing via CM/ECF is permitted at all times, except when the system is temporarily unavailable.

2. For after-business hours filing of documents in paper form, *see* LR 77-2.

### (b) Deadline

The filing deadline for any document is 11:59 p.m. (Pacific Time) on the day the document is required to be filed.

### (c) Completion of Filing

A document will be considered filed when all components of the document reside in the official court record.

### (d) Scheduled Court Proceedings

If an electronic filing relates to a scheduled court proceeding that is to be held within three business days of the filing, the filing party must concurrently telephone or e-mail the assigned judge's courtroom deputy to request that chambers be promptly notified of the e-filing.

## LR 5-4 Documents that Must be Filed in Paper

The following documents cannot be filed electronically and must instead be filed in paper:

a. A motion to file a document under seal, and the document(s) proposed to be filed under seal, must be filed in paper by a self-represented party, even if the self-represented party is a Registered User.

b. Documents authorized to be filed under seal pursuant to a protective order must be filed in paper by a self-represented party, even if the self-represented party is a Registered User.

c. Documents containing individually Identifiable Health Information Protected under HIPAA. (See also 45 C.F.R. § 160.103.)

Clerk's Office staff will scan and convert a paper filing in its entirety to a PDF for docketing in CM/ECF.  Subsequently, the paper filing will be disposed of in accordance with guidance from the Administrative Office of the U.S. Courts.

| **Practice Tips** |
|---|

| |
|---|
| (1) Return of Service documents must be electronically filed. |
| (2) *See* Local Rule 10 for paper formatting requirements. |

**LR 5-5 *In Camera* Submissions**

**(a) Submissions for in camera review must be made in paper.**

**(b) During Court Proceedings**

Documents or other materials offered and accepted for in camera inspection during a Court proceeding will be handled in accordance with LR 5-5(d).

**(c) Tendered to the Clerk's Office**

Documents tendered *ex parte* to the Clerk's Office for transmission to the Court and subsequent in camera inspection must be:

    1. Accompanied by a transmittal letter or motion to the assigned judge requesting that the materials be reviewed in camera; and

    2. Enclosed in a separate envelope provided by the Clerk's Office and marked to include the following information:

| | |
|---|---|
| Example | Case caption including case number<br>For In Camera Inspection<br>Submitted by: name of attorney, representing (name of party) |

**(d) Court Responsibility**

After completing the in camera inspection, the Court will direct the Clerk's Office to:

    1. File the documents or materials in the public record; or

    2. File the documents under seal with appropriate disclosure instructions to the clerk; or

    3. Direct that the documents should be returned to the offering party with appropriate instructions.

## LR 5-6 Exhibits

**(a) Demonstrative, Physical, or Oversized Exhibits**

Demonstrative, physical, or oversized exhibits need not be filed electronically.

**(b) Trial Exhibits**

    1. Electronic trial exhibits are to be submitted to the Clerk's Office per the requirements and procedures as described in "Submission Requirements for Electronic Trial Exhibits" found on the Court's website.

    2. Physical exhibits are to be handled in accordance with the trial judge's instructions.

    3. All exhibits will be returned to offering counsel at the conclusion of trial. The Court does not maintain copies of electronic or physical exhibits following conclusion of trial. Offering counsel must maintain all exhibits during the time permitted for filing an appeal and during the pendency of any appeal.

**LR 5-7 Transcripts**

Transcripts of courtroom proceedings held before judicial officers will be electronically filed.

**LR 5-8 Judge's Paper Copy Requirements (See LR 10-1 and Practice Tips)**

**(a) Registered Users**

Unless otherwise ordered by the Court, a paper copy, properly fastened pursuant to LR 10-1(f), of the following electronically filed documents, and the Notice of Electronic Filing, must be marked as a "JUDGE'S COPY" and delivered to the Clerk's Office within three business days after the electronic filing: dispositive motions and motions for injunctive relief (including all related documents); Social Security administrative records; and any other documents (including all related documents) that, in the aggregate, are in excess of ten pages.

**(b) Non-Registered Users**

Non-Registered Users are not required to provide a judge's copy unless otherwise ordered.

**LR 5-9 Documents Not Filed With the Court**

**(a) Documents Retained by Parties**

Unless required by the Court in a particular proceeding, the following documents must be retained by the parties and not filed with the Court:

    1. Notices of depositions and transcripts (*see* LR 27 and LR 30);

    2. Interrogatories and responses (s*ee* LR 33);

    3. Requests for production and responses (s*ee* LR 34);

    4. Requests for admissions and responses (s*ee* LR 36);

    5. Expert witness disclosures (s*ee* LR 16 and LR 26);

    6. Unaccepted offers of judgment (s*ee* LR 68); and

    7. Initial Disclosures. (*see* LR 26)

**(b) Service of Non-Filed Documents on Parties**

Any document enumerated in LR 5-9(a) served pursuant to Fed. R. Civ. P. 5 must also be provided concurrently to a party by e-mail. Interrogatories, requests for production, and request for admissions must be e-mailed in a word processing agreed upon by the parties.

| Commentary |
|---|
| The purpose of LR 5-9(a)-(b) is to allow counsel to prepare responses to discovery documents easily and efficiently. This rule does not affect the prescribed period for taking any action in response to the document, which is calculated according to the selected method of service. |

**(c) Proposed Forms of Orders or Judgments (*See* LR 10-7)**

    1. Proposed forms of orders or judgments should not be submitted unless stipulated to by the parties or requested by the Court.

    2. When requested by the Court, a proposed form of order or judgment submitted by counsel must include the words "SUBMITTED BY."

| **Example** | SUBMITTED BY: | John Q. Attorney<br>John Q. Attorney<br>OSB # 999-99999<br>(541) 999-9999 |
|---|---|---|

|  |  | Attorney for Plaintiff Smith Corporation, Inc. |
|--|--|--|

3. If requested, the proposed document should be e-mailed to the applicable judge. *See* Practice Tips for an example.

| **Practice Tip** |
|--|
| (1) E-mail addresses in the following format have been established for each Chambers to receive submitted jury instructions and proposed forms of order under LR 5-9(c): HZpropdoc@ord.uscourts.gov. In this example, the initials HZ are for Judge Hernández and the initials are to change for each judge. |
| (2) Contact chambers for preferred electronic file format. |

### (d) Return of Unfiled Documents or Correspondence

The Clerk will not accept for filing any courtesy or information copies of documents or correspondence exchanged between the parties unless they are contemporaneously filed as an exhibit or appendix to a pleading or other document.

### (e) Letter Correspondence to the Court

Unless directed by the Court, letters to the Court will not be docketed. (*See* Fed. R. App. P. 10(a) for guidance about including undocketed correspondence in the official record on appeal.)

## LR 5-10 Request for Conformed Copies

A party may request the Clerk to conform a copy of any document presented on paper for filing.

## LR 5-11 Court Orders and Judgments

Every order or other Court-issued document filed electronically without the original signature of a judge or Clerk has the same force and effect as if the judge or Clerk had signed a paper copy of the order and it had been entered on the docket in a conventional manner. Orders may also be issued as "text only" entries on the docket, without an attached document.

| **Practice Tip - Mailing Judgments to Registered Users** |
|--|
| In accordance with Fed. R. Civ. P. 5(b) and 77(d), the Clerk's Office does not mail a paper copy of electronically filed judgments to Registered Users who have been electronically served. |

## LR 5-12 Retention Requirements (*See* LR 10-3)

### (a) Documents Containing Original Signatures of Non-Registered Users

Electronically filed documents such as affidavits or declarations under penalty of perjury that contain original signatures of persons who are not Registered Users must be maintained in their original paper form by the Registered User until the later of:

1. The final disposition of the case, including appeal or expiration of the time for appeal; or
2. The expiration of any relevant statute of limitations.

### (b) Production of Original

On request of the Court or a party, the Registered User must provide the document for review.

## LR 5-13 Personal Privacy Issues (*See also* LR 10-3)

Information available through CM/ECF may not be downloaded for uses inconsistent with the privacy concerns of any person.

| Amendment History to LR 5 | |
|---|---|
| **June 1, 2000** | |
| LR 5-1(c)(5) | The word "Handling" was stricken. |
| **June 1, 2002** | |
| Generally | Cross-references added. |
| LR 5-1(c) | Section (c) deleted and moved to LR 5.2(a). Subsequent rules renumbered. |
| LR 5-2(b) | New Rule. |
| LR 5-3 | Advisory Note amended by striking Note #4. |
| **June 1, 2006** | |
| Generally | Cross-references added and updated. |
| LR 5-1(a) | New Rule.<br>Subsequent sections relettered. |
| LR 5-1(b) | New Rule.<br>Text from LR 5.3 was moved to LR 5.1(b). |
| LR 5-1(c) | The word "conventionally filed" added. |
| LR 5-1(d) | New Rule.<br>Text from old LR 100.10 moved to this new rules. |
| LR 5-1(g) | Item #4 added to Practice Tip. |
| LR 5-2 | Heading modified. |
| LR 5-2(b) | The phrase "...enumerated in LR 5.2(a)(2), (3), and (4).." added to second sentence. |
| LR 5-3 | Rule text moved to LR 5.1(b).<br>Subsequent sections renumbered. |
| LR 5-5 | New Rule.<br>Moved text of LR 10.3 to this rule.<br>Heading Policy was added.<br>The phrase ".. on or after June 1, 2002..." stricken.<br>Sections (b)(c) and (d) added to conform with August 2, 2004, amendments to the E-Government Act of 2002. |
| **December 1, 2009** | |
| LR 5-1(a) | The word "must" substituted for "shall." |
| LR 5-1(c) | The phrase "filed in hard copy" substituted for "conventionally filed." |

| LR 5-1(d)-(g) | Relocated from LR 100. Practice Tip #2 deleted as redundant with LR 5-1(f). |
|---|---|
| LR 5-1(i) | Removed word "and" and added comma. |
| LR 5-2(b) | Altered text from "shall also be served concurrently on a party" to "must also be provided concurrently to a party . . ." <br> Edited Commentary section. |
| LR 5-3 | Changed cross-reference from "LR 11-3" to "Fed. R. Civ. P. 5(d)." |
| LR 5-5 | Deleted former LR 5.5 as redundant with the subsequently enacted Fed. R. Civ. P. 5.2. |
| Generally | Updated cross-references. |
| **March 1, 2012** ||
| LR 5 | Updated cross-reference in the title from LR 100-7 to LR 100-8. |
| LR 5-1(a) | Modified section to specify the filing requirements for Registered Users, Non-Registered Users, and All Users, including the duties to provide judges' copies and, when required, sufficient copies of documents for service by the U.S. Marshals Office. |
| LR 5-1(b) | LR 5-1(b) deleted. Subsequent sections renumbered. |
| LR 5-1(c) | LR 5-1(c) deleted. Subsequent sections renumbered. |
| LR 5-1(h) now LR 5-1(f) | Modified the sentence to include "stipulated to by the parties or" after the word "unless" and added the following: "If requested, the proposed document should be sent in MS Word or WordPerfect format to the applicable judge. See Practice Tip for an example." Omitted cross-reference to LR 79. |
| LR 5-1(i) now LR 5-1(g) | Added the words "on paper" to the first sentence. Removed "self-" from reference to the addressed envelope in second sentence and added the words "if the copy is to be returned by mail." Deleted the following sentence: "Without the extra copy and postage-paid envelope, the clerk will not conform and return the document by mail." |
| LR 5-1(k) now LR 5-1(j) | Deleted "and included in the case file" from the first sentence. |
| LR 5-1 Practice Tips | Deleted the phrase "(whether original or a copy)" from Practice Tip 1. Omitted former Practice Tip 3. Added Practice Tip from former LR 79-1, and added a new Practice Tip for judge's e-mail addresses for submission of proposed orders under former LR 5-1(h), renumbered LR 5-1(f). |
| **March 1, 2013** ||
| LR 5-1(f) | Cross-reference changed from LR 84 to LR 84-1. |
| LR 5-1(j) | New subsection. |
| LR 5-2(b) | Deleted "to" after "agreed." |
| **March 1, 2014** ||
| LR 5 | Generally, italicized the word "See" in the section captions and rule references. |

11/17/25, 1:07 AM                                   Printable Civil Procedure

| | |
|---|---|
| LR 5-1 | Changed caption from "Filing Requirements" to "Types of Filers; Implications for Receipt of Service." Omitted former LR 5-1(a)-(j) and inserted modified versions of former LRs 100-1, -2, and -4, and Practice Tip 1 from LR 100-5. Former LR 5-1(d) Scheduled Court Proceedings changed as "three (3)" is now "three." |
| LR 5-2(a) | New section based on a modified version of former LR 100-3. Practice Tip is based on the Practice Tip to former LR 5-1. Former LR 5-2 is modified and moved to LR 5-10. |
| LR 5-2(b) | New section based on a modified version of former LR 100-2(b). Former LR 5-2 is modified and moved to LR 5-10. |
| LR 5-2(c) | New section based on a modified version of former LR 100-9. Former LR 5-2 is modified and moved to LR 5-10. |
| LR 5-2(d) | Former LR 5-3. |
| LR 5-3 | New section based on former LR 5-1(b)-(e). Former LR 5-3 is modified and moved to LR 5-2(d). |
| LR 5-4 | New section based on a modified version of former LR 100-8. Former LR 5-4 is modified and moved to LR 5-3(a)(2). |
| LR 5-5 | New section based on a modified version of former LR 100-5(a) and former Practice Tip 2 to LR 100-5. |
| LR 5-6 | New section based on a modified version of former LR 100-5(b)-(c). |
| LR 5-7 | New section based on a modified version of former LR 100-6. |
| LR 5-8 | Former LR 5-1(j). |
| LR 5-9 | New section based on a modified version of former LR 100-7. |
| LR 5-10(a)-(b) | Former LR 5-2 and Commentary. |
| LR 5-10(c) | Former LR 5-1(f). |
| LR 5-10(d) | Former LR 5-1(h). |
| LR 5-10(e) | Former LR 5-1(i). |
| LR 5-11 | Former LR 5-1(g). |
| LR 5-12 | New section based on a modified version of former LR 100-10. |
| LR 5-13 | New section based on former LR 100-11. |
| LR 5-14 | New section based on former LR 100-12. |
| **May 1, 2015** ||
| LR 5-1(b) | Moved Practice Tip into text of rule. |
| LR 5-2(a) and 5-10(c) | Moved Practice Tip from after LR 5-2(a) into text of LR 5-10(c). |
| **March 1, 2016** ||

11/17/25, 1:07 AM                                        Printable Civil Procedure

| LR 5-3(a)(2) | Deleted the first sentence. Changed "after-hours filing" to "after business hours filing" in the second sentence. |
|---|---|
| LR 5-5(b) | Updated cross-reference from "LR 3-6, LR 3-7, and LR 3-8" to "LR 3-6, LR 3-7, and LR 26-4(b) and (c)." |
| LR 5-6 | New Rule.<br><br>Moved text from LR 10-1(g) to this rule. |
| LR 5-7 | Renumbered from LR 5-6 to LR 5-7. |
| LR 5-8 | Renumbered from LR 5-7 to LR 5-8. |
| LR 5-9 | Renumbered from LR 5-8 to LR 5-9. |
| LR 5-10 | Renumbered from LR 5-9 to LR 5-10.<br><br>Updated cross-reference from "LR 10-1(e), (g) and Practice Tips" to "LR 5-6 and LR 10-1(e) and Practice Tips." |
| LR 5-11 | Renumbered from LR 5-10 to LR 5-11. |
| LR 5-11(b) | Changed "MS Word" to "Microsoft Word."<br><br>Updated cross-reference from "LR 5-10(a)" to "LR 5-11(a)." |
| LR 5-11(b)Commentary | Updated cross-reference from "LR 5-10(a)-(b)" to "LR 5-11(a)-(b)." |
| LR 5-11(c) | Updated cross-reference from "LR 84.1" to "LR 10-7." |
| LR 5-11(c)(1) | Changed "order" to "orders." |
| LR 5-11(c) Practice Tip | Updated cross-reference from "5-10(c)" to "5-11(c)." |
| LR 5-12 | Renumbered from LR 5-11 to LR 5-12. |
| LR 5-13 | Renumbered from LR 5-12 to LR 5-13. |
| LR 5-14 | Renumbered from LR 5-13 to LR 5-14. |
| LR 5-15 | Renumbered from LR 5-14 to LR 5-15. |
| **March 1, 2017** ||
| LR 5-2(e) | New provision and Practice Tip. |
| LR 5-4(c)(3) | After "under seal," added "not served via electronic service." |
| LR 5-5(b) | In the heading, added "Not Filed Electronically." after "Documents." In the rule text, after "in a civil case," added comma and "sealed and in camera documents must be filed in paper." |
| LR 5-5(c) | After "Route," added "and concurrently filed certificates of service for these." |
| LR 5-7(a) | Added comma and "physical," after "demonstrative" in the subheading and rule text. |
| **January 1, 2018** ||

| | |
|---|---|
| LR 5-2(a) | After "ord.uscourts.gov," deleted comma and "on the For Attorneys page under the E-Filing tab." |
| LR 5-5(c) | Deleted LR 5-5(c), "Individual 'Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route' and concurrently filed certificates of service for these forms." |
| LR 5-5(d) | Relettered LR 5-5(d) to LR 5-5(c). |
| **January 1, 2019** | |
| LR 5-1 | Deleted the title of former LR 5-1(a)(1) and the title and rule text of former LR 5-1(a)(2). |
| LR 5-1(b)(2) | Deleted "(*See* LR 5-4(c).)" at the end of the rule text. |
| LR 5-2(e)(1)(A) | Updated the cross-reference from "LR 5-10" to "LR 5-9." |
| LR 5-4 | Deleted former LR 5-4. |
| LR 5-5 to 5-15 | Renumbered as LR 5-4 to 5-14. |
| LR 5-9 | In the title, updated the cross-reference from "LR 5-6" to "LR 5-5." |
| LR 5-10 | In the first sentence of LR 5-10(b), the Commentary, and the Practice Tip, updated the cross-reference from "LR 5-11" to "LR 5-10." |
| LR 5-10(c)(2) | Inserted a period after "BY" and deleted "and the signature line requirements of LR 11-1, *e.g.*" thereafter. |
| **January 21, 2020** | |
| LR 5-1(a) | Added subsection numbers (1), (2), and (3). Renumbered LR 5-1(a) to LR 5-1(a)(1). |
| LR 5-1(a)(1) | Renumbered from LR 5-1(a). Inserted "and maintain active accounts" after "register." Replaced "the Clerk's Office to establish a User Account in the" with "PACER (pacer.gov) and register to e-file in" before "CM/ECF." Deleted "system" after "CM/ECF." |
| LR 5-1(a)(2) | New subsection based upon a modified version of former LR 5-1(c). |
| LR 5-1(a)(3) | New subsection number consisting of the second paragraph in former LR 5-1(a). Deleted "the" before and "system" after "CM/ECF." |
| LR 5-1(a) Practice Tip | Added "Practice Tip" stating "Instructions and requirements for applying to e-file as a *pro se* party are available on the Court's website at ord.uscourts.gov." |
| LR 5-1(b) | Deleted. |
| LR 5-1(b)(1) | Deleted subheading "Mode of filing." Renumbered LR 5-1(b)(1)(A) to LR 5-1(b)(1). |
| LR 5-1(b)(1)(A) | Renumbered LR 5-1(b)(1). Deleted "other than attorneys" between "Users" and "must." |
| LR 5-1(b)(1)(B) | Deleted. |
| LR 5-1(b)(2) | Deleted subheading "Receipt of Service." |

| | |
|---|---|
| LR 5-1(c) | Deleted. |
| LR 5-1(c)(1) | Deleted. |
| LR 5-1(c)(2) | Deleted. |
| LR 5-2(a) | Replaced "are to" with "must" after "Users." Deleted "the" before and "system" after "CM/ECF." |
| LR 5-2(e)(1)(A) | Updated reference to local rule. |
| LR 5-3(a)(1) | Deleted "the" before and "system" after "CM/ECF." |
| LR 5-4(a) | Deleted. |
| LR 5-4(b) | Renumbered to LR 5-4(a). |
| LR 5-4(c) | Renumbered to LR 5-4(b). |
| LR 5-4 Practice Tip | Added "s" to "Tip." Inserted "(1)" and added "(2) *See* Local Rule 10 for paper formatting requirements." |
| LR 5-5 | "Paper Copy Requirements" deleted and incorporated into LR 10-1. |
| LR 5-6 | Renumbered to LR 5-5. |
| LR 5-7 | Renumbered to LR 5-6. Replaced "may" with "will" after "staff." Replaced "posting to the" with "docketing in" before "CM/ECF" and deleted "system" after "CM/ECF." Replaced "If the clerk does so" with "Subsequently." Deleted "may be returned to the filing party or" and inserted "will" after "filing." |
| LR 5-8 | Renumbered to LR 5-7. |
| LR 5-9 | Renumbered to LR 5-8. Updated references to local rules. |
| LR 5-9(a) | Renumbered to LR 5-8(a). Replaced uppercase "D" with lowercase "d" in "dispositive." Replaced commas with semicolons between "documents)" and "Social Security," and between "records" and "and any other." |
| LR 5-9(b) | Renumbered to LR 5-8(b). Deleted "Unless otherwise required," from the beginning of the sentence. Replaced "need not" with "are not required to" and inserted "unless otherwise ordered." |
| LR 5-10 | Renumbered to LR 5-9. |
| LR 5-10(b) | Renumbered to LR 5-9(b). Updated internal reference to local rule. Replaced "Microsoft Word or WordPerfect format, not in PDF format, unless otherwise" with "a word processing format" and inserted "upon." |
| LR 5-10(c)(3) | Renumbered to LR 5-9(c)(3). Deleted "in MS Word or WordPerfect format" after "e-mailed." Made "Tip" plural. |
| LR 5-10(c)(3) Practice Tip | Practice Tip now follows LR 5-9(c)(3). Added plural "s" to "Tip." Inserted "(1)" and "(2) Contact chambers for preferred file format." |
| LR 5-11 | Renumbered to LR 5-10. |
| LR 5-12 | Renumbered to LR 5-11. |

| | |
|---|---|
| LR 5-13 | Renumbered to LR 5-12. |
| LR 5-14 | Renumbered to LR 5-13. Replaced "posted on the" with "available through." Deleted "system" after "CM/ECF." |
| **December 1, 2020** ||
| LR 5-2(e) | Inserted new subheading "Sealed Documents." |
| LR 5-2(e)(1) | Inserted "A motion to file a document under seal may be filed under seal without an authorizing order." |
| LR 5-2(e)(2) | Inserted "Motions to file documents under seal must be filed electronically and include the document(s) proposed to be filed under seal as attachments." Former LR 5-2(e)(2) deleted. |
| LR 5-2(e)(3) | Added new subsection providing "All documents authorized to be filed under seal must be filed electronically and have the words "AUTHORIZED TO BE FILED UNDER SEAL" typed directly below the document title." |
| LR 5-2(e)(4) | Added new subsection providing "Motion to Seal Previously Filed Documents A party seeking to place under seal a document that is currently in the public record must file and serve a motion. Unless otherwise requested, the motion will be treated as a discovery motion. *See* LR 26-3." |
| Practice Tips LR 5-2(e) | Practice tip to former LR 5-2(e) deleted. Inserted New Practice Tips: "1. After filing the motion to file a document under seal or a document authorized to be filed under seal in CM/ECF, the filer will not have access to the docket entry or document, and no NEF will be sent. 2. Portions of a document cannot be placed under seal. For procedures related to filing a redacted document see Fed. R. Civ. P. 5.2. 3. For filing motions for protective orders, or filing documents pursuant to an existing protective order, see LR 26-4." |
| LR 5-2(f) | Renumbered from LR 5-2(e). Deleted "Exception for" from beginning of subsection caption. |
| LR 5-2(f)(1) | Inserted "Administrative Records in Social Security disability cases arising under 42 U.S.C. §§ 405(g) and 1383(c) must be filed electronically in CM/ECF in text-searchable PDF format." |
| LR 5-2(f)(1)(i) | Inserted "The Administrative Record may be filed in CM/ECF either as a single PDF with a hyperlinked index or bookmarks identifying the following sections, or as separate PDF files corresponding to the following sections:" followed by subsections (A) through (J). |
| LR 5-2(f)(1)(ii) | Inserted "A paper copy of the Administrative Record must be filed with the Court within three business days after the electronic filing. *See* LR 5-8." |
| LR 5-2(f)(2) | Renumbered from LR 5-2(e)(1). Added "In any other cases seeking judicial review of an agency action, as defined in the statutes authorizing such review," and replaced "A" in "agency" with lowercase letter. Deleted "in cases seeking review of an agency action, as defined in the statute authorizing such review," between "record" and "must." |

| | |
|---|---|
| LR 5-2(f)(2)(A) | Renumbered from LR 5-2(e)(1)(A). |
| LR 5-2(f)(2)(B) | Renumbered from LR 5-2(e)(1)(B). |
| LR 5-4(a) | Amended rule to "A motion to file a document under seal, and the document(s) proposed to be filed under seal, must be filed in paper by a pro se party, even if the pro se party is a Registered User." |
| LR 5-4(b) | Inserted "Documents containing" and made the "i" in "individually" lower case. |
| LR 5-4 | Incorporates former LR 5-6 with revisions: "Clerk's Office staff will scan and convert a paper filing in its entirety to a PDF for docketing in CM/ECF. Subsequently, the paper filing will be disposed of in accordance with guidance from the Administrative Office of the U.S. Courts." |
| LR 5-5 | Inserted "In Camera Submissions." |
| LR 5-5(a) | Inserted "Submissions for in camera review must be made in paper." |
| LR 5-5(b) | Inserted "During Court Proceedings" "Documents or other materials offered and accepted for in camera inspection during a Court proceeding will be handled in accordance with LR 5-5(d)." |
| LR 5-5(c) | New subsection. |
| LR 5-5(d) | New subsection. |
| LR 5-6 | Renumbered from LR 5-5. |
| **April 1, 2022** | |
| **Practice Tip** | Practice Tip 1 following LR 5-2. Replaced "After" with "When" as the first word of the sentence. After the comma, deleted "the filer will not have access to the docket entry or document, and no NEF will be sent." Inserted "refer to the CM/ECF User Manual for guidance and information about restriction types." |
| **September 3, 2024** | |
| LR 5-1(a)(2) | Replaced "pro se" with "self-represented." |
| LR 5-1 Practice Tip | Replaced "pro se" with "self-represented." |
| LR 5-4(a) | Replaced "pro se" with "self-represented." |
| **January 2, 2025** | |
| LR 5-2(e)(2) | Inserted "Registered Users must file" to the beginning of the sentence.  Replaced "must be filed electronically" with "via CM/ECF" between "seal" and "and include." |
| LR 5-2(e)(3) | Inserted "Registered Users must file" to the beginning of the sentence.  Replaced "must be filed electronically" with "via CM/ECF" between "seal" and "and." Inserted "must" between "and" and "have." |
| LR 5-2 Practice Tip | Added practice tip 2: "Because sealed filings are not accessible via remote, electronic access, service of such filings must be completed outside of CM/ECF."  Renumbered Practice Tips 2 and 3 to 3 and 4. |

| LR 5-4(b) | Existing subsection renumbered to LR 5-4(c). Added new rule "Documents authorized to be filed under seal pursuant to a protective order must be filed in paper by a self-represented party, even if the self-represented party is a Registered User." |
|---|---|
| LR 5-4(c) | Renumbered from LR 5-4(b). |
| LR 5-6(b) | Parsed exiting rule into subsection numbers (1) and (2), and added new subsection (3): "All exhibits will be returned to offering counsel at the conclusion of trial. The Court does not maintain copies of electronic or physical exhibits following conclusion of trial. Offering counsel must maintain all exhibits during the time permitted for filing an appeal and during the pendency of any appeal." |
| **September 4, 2025** ||
| LR 5-10 | Deleted "However, the filing party must provide the Clerk with a copy of the document and a postage-paid, addressed return envelope if the copy is to be returned by mail." |