

# Dental Assisting Program
# Application Fall 2020
# Forms Packet

**FORM 1  CONDITIONS FOR APPLICATION**

**Complete all portions of this form as directed.  List name as indicated in myLane**

**L#** L00444444     **FIRST** Jane                **LAST** Doe

**E-mail - required** Doej@mylanecc.edu          **1st – Phone-** 541-999-9999   **2nd Phone** _____

✔ All courses were taken at LCC

☐ Official Transcripts from other colleges have been submitted to Lane Enrollment Services – Attention: HP Transcript – Lane Community College - 4000 East 30th Ave, Eugene, OR 97405

**Application Conditions and Program Progression Completion Requirements**

In submitting my DA program application by email to HPApplicationCenter@lanecc.edu , I affirm the following:

- I took all of my prerequisite courses at Lane Community College,
  **OR** I have submitted official, sealed transcripts from colleges other than Lane to Lane Enrollment Services.

- I have completed the LCC Credit Admission process and have an L number,
  **OR** I have previously taken credit classes at Lane and have an L number.

- I have completed the Dental Assistant On-line Admissions Application & Payment process, including paying the **$35 non-refundable** application fee.

- I understand all information in the Fall 2020 Dental Assistant Application Information Packet. **I am NOT considered an applicant to the program unless all documentation and required forms are completed and submitted according to application instructions prior to the application deadline.**

- My application will not be returned and I am responsible for making a personal copy.

- I have read the Fall Enrollment Requirement Section and understand I must attend the mandatory orientation and comply with all other enrollment requirements if I am accepted or considered a program alternate.

- I am a current resident of the State of Oregon and my current Oregon address is listed in *myLane*,
  **OR** I have an F1 Visa and a copy is included with my application.

- I understand it is my responsibility to complete all program requirements for certificate completion.

- I understand I must successfully complete all DA prerequisite courses before Fall term 2020 to enter the program.

- I hereby attest that all application information and documentation I have submitted in this packet is accurate and authentic.

**Be sure to use the latest version of Adobe Reader to complete this form and submit as a fillable pdf form.** Forms 1 and 2 that are submitted scanned, via Google docs, handwritten or delivered in person **will not be accepted. Macintosh users – do not use "Preview" to view or complete this Form. Set Adobe Reader as the default PDF reader** http://get.adobe.com/reader/

| | |
|---|---|
| Submit all supporting documentation attached to ONE e-mail by the deadline to:<br><br>**Health Professions Application Center**<br>  HPApplicationCenter@lanecc.edu<br>**Subject:**<br>  Student Name L Number DA Application<br>**Change file name to:**<br>  DA2020 LastName LNumber | On the same date or before:<br><br>Lane Transcript and/or submitted transcripts to **Enrollment Services** reflect courses and degree(s) listed on Point Petition Sheet.<br><br>**Online DA Program Admissions Application and Payment has been submitted.** |

Page **1** of **2**

Exhibit 6
Page 1 of 2

| **FORM 2  POINT PETITION SHEET**           Lane DA Fall 2020 See **2020 Dental Assistant Application Information Packet** for application requirements and for **Course Equivalency & Transfer** requirements if course was not taken at Lane. | | | | Courses <u>must</u> meet minimum credit requirement shown and <u>may not</u> exceed maximum credit shown. Enter grade point values in the right hand 'Points' column. C-grades are ineligible | | | |
|---|---|---|---|---|---|---|---|
| **For points: courses** must be completed and transcripted prior to application. | **Course/School Required or Enter N/A** | **Term/ Year** | **# Credits** | **Grade C** | **Grade B** | **Grade A** | **Indicate Points Earned** |
| **Part 2A.  Courses Required for Program Entry:** *These courses must be completed prior to Fall entry if accepted to the program.* | | | | | | | |
| **Item 1: Mathematics Requirement:** *Lane placement testing must be within the last 1 year* | | | | | | | |
| MTH 052, or higher (4 Cr or more), | Mth 52/LCC | Sp/19 | 4 | 6 | 9 | 12 | 12 |
| **OR** tested into MTH065, or higher | | | N/A | N/A | N/A | 12 | |
| **Item 2: Writing Requirement:** *Choice of ONE of the writing courses below.* | | | | | | | |
| WR 115, WR 121, WR 122 or WR 123 (3 / 4 Cr) | WR 121/LCC | Fall/19 | 4 | 6 | 9 | 12 | 9 |
| **OR** Prior Bachelor's degree, must appear on a submitted transcript | | | N/A | N/A | N/A | 12 | |
| **Item 3: Choice of either Concepts of Computing OR Computer Fundamentals** *within the last 5 years* | | | | | | | |
| CS 120 (4 Cr) **OR** | | | | 6 | 9 | 12 | 10 |
| CIS 101 (3 Cr) | CIS 101/LCC | Fall/19 | 3 | 4 | 8 | 10 | |
| **Item 4: Human Relations Requirement:** *Human Relations prerequisites must be selected from list in online catalog for Dental Assisting* | | | | | | | |
| Human Relations (3 Cr or more) | COMM 219/LCC | W/20 | 3 | 6 | 10 | 10 | 10 |
| **Item 5: Choice of DA 110, OR both HO courses OR both BI courses:** *within the last 7 years* Mixed combinations do not count. Maximum of 12 points for this item. *Submit points for each course taken in a specific sequence.* | | | | | | | |
| DA 110  **OR** | NA | | | 6 | 10 | 12 | |
| HO 150 (3 Cr) **AND** | HO 150/LCC | Fall/19 | 3 | 3 | 5 | 6 | 6 |
| HO 152 (3 Cr) **OR** | HO 152/LCC | W/20 | 3 | 3 | 5 | 6 | 6 |
| BI 231 (4 Cr) **AND** | NA | | | 3 | 5 | 6 | |
| BI 232 (4 Cr) | NA | | | 3 | 5 | 6 | |
| **Part 2B.  Recommended Additional Courses** *additional admittance points given* | | | | | | | |
| **Items 6: Medical Terminology and Effective Learning Options:** | | | | | | | |
| HO 100 (3 Cr) | HO 100 | SP/19 | 3 | 4 | 8 | 10 | 8 |
| HO 110 (3 Cr) | HO 110 | Fall/19 | 3 | 2 | 6 | 6 | 6 |
| EL 115 or EL 115H or EL 115R (3 Cr) | NA | | | 2 | 6 | 6 | |
| | | | | | | **Total Course Points Earned** | 67 |
| **Part 2C. Additional Points.** | | | | | | | |
| Prior college degree: Associate, bachelors, masters, or higher.  Transcript must indicate degree granted. | | | | | | = 3 pts | |
| Military Service: Must provide copy of DD-214. Current or Veteran with Honorable Discharge. | | | | | | = 2 pts | |
| Paid Dental Work Experience: Must be verified by pay stubs or W2s. Submit documentation: 415 hours or more. | | | | | | = 6 pts | |
| Dental Assisting Clinic Observation:  6 hours total. Submit signed documentation form. | | | | | | =3 pts | |
| Basic Healthcare Certificate. Lane transcript must indicate. | | | | | | = 2 pts | |
| **Indicate Total Points for Course Completion and Additional Points** (*Points Possible 96)* | | | | | | | 67 |
| **Part 2D. Interview Points** | | | | | | | |
| Applicants with a qualified application will be invited to a scored interview to assess program readiness. If scores from the interview meet the minimum threshold, they will be added to the point total above to determine placement scores for the program. Interview scores that do not meet the minimum threshold will disqualify the applicant for this application year. Failure to attend the scheduled interview will forfeit your application. **The Interview portion will be held on May 20, 2020**. | | | | | | = 30 pts | |
| | | | | | | **Office Use:** Total Points | 67 |

Be sure to do the Online Application and Payment Process to complete your final step to apply to the DA Program.
List any additional information that didn't fit into spaces provided above: