# Résumé and CV Samples - Master's and Ph.D. Level

Industry Résumé: Master's in Horticulture

Industry Résumé: Ph.D. in Physics

CV: Ph.D. in Anthropology

CV: Ph.D. in Environmental Sciences

Federal Résumé: Master's in Natural Resources



**Career Development Center**
A110 Kerr Administration Building
541-737-4085 | career@oregonstate.edu

Exhibit 7
Page 1 of 3

# Industry Résumé: Ph.D. in Physics

## Betsy Beavers
99 NW Beaver Dam Dr. #999, Corvallis, OR
bbeavers@oregonstate.edu    541-999-9999    linkedin.com/BestyBeavers

## Education

**Doctor of Philosophy: Physics** — **Expected June 2019**
Oregon State University — Corvallis, OR
Dissertation Research: *Computational and experimental study of photophysics and photostabilty of organic semiconductors*

**Master of Science: Physics** — **June 2014**
University of Colorado — Boulder, CO
Thesis Research: *Computational modeling of fluorescence trajectories of organic molecules*

**Bachelor of Science in Physics** — **December 2010**
Colorado State University — Fort Collins, CO
Undergraduate Research: *Lithium Gadolinium Borate Cerium (LGB) Time of Flight Facility*

## Laboratory Experience

**Oregon State University** — Corvallis, OR
*Organic Photonics and Electronics Doctoral Researcher* — October 2015 – present
- Created and characterized small organic molecules using a wet lab and optical equipment.
- Wrote and debugged programs to collect, process and simulate experimental data.
- Mentored 5 undergraduates in performing experiments and analyzing results.
- Fabricated micro- and nanoscale semiconductor structures in clean rooms.
- Imaged devices using optical, electron, and atomic-force microscopy.
- Characterized microscale devices and thin films.

**American Institute of Physics** — College Park, MD
*Society of Physics Students Intern* — June – August 2014
- Characterized thin-film CIGS photovoltaic cells by photoreflectance modulation spectroscopy.
- Designed and built science teaching and outreach projects for K-12 students.
- Supported organizing and executing The NIST Summer Institute for Middle School Science Teachers, serving 150 teachers.

**University of Colorado** — Boulder, CO
*Laboratory Nuclear Astrophysics Research Assistant* — January 2013 – June 2014
- Characterized a low energy neutron detector, using electrical signal manipulation, signal digitization, and radioactive material.

## Teaching Experience

**Linn-Benton Community University** — Albany, OR
*Physics Teaching Fellow* — September 2017 – present
- Organized and planned material, lectured, wrote exams, and coordinated teaching assistant workload for introductory algebra-based physics.
- Developed curriculum for and taught introductory lab courses and taught introductory scientific programing.
- Guided students in problem solving and physical reasoning in small groups on problem sets and graded assignments.

Exhibit 7
Page 2 of 3

## Professional Organizations Services

Optical Association West Division                                                   July 2017- present
- Member of the Graduate Students Professional Development Committee.
- Coordinated monthly professional development webinar.

SPIE International Symposium, Conference Program Committee     July 2017 - August 2018
- Served as the solo student member in the committee.
- Participated in monthly conference planning meeting and contributed ideas.

Women in Physic Annual Conference for Undergraduates         January 2015 – January 2017
- Chaired the conference programing committee with 8 committee members.

## Selected Publications and Presentations

*Published Papers*
- **Beavers B**., Lee J., Cost R., Lamb K., Thin J., Korolo O., (2017) Effect of molecular side groups and local nanoenvironment on photodegradation and its reversibility. Journal of Physical Chemistry C 111, 999-1999.
- Chin R., **Beavers B.,** Lindberg C., Johnson A., Simpson D., Felter N., Kunst J. T., Korolo O., (2019) Single-molecule insight into nanoscale environment-dependent photophysics in blends. Proc. of SPEE, v. 99999, 99999Z.
- **Beavers, B.,** Cost R., Kunst J. T., Lindberg C., Lamb K., Thin J., Korolo, O., (2018) Single molecule-level study of donor-acceptor interactions and nanoscale environment in blends. Journal of Physical Chemistry C 333, 333-3399.

*Oral Presentations*
- **Beavers B**., Lee J., Cost R., Lamb K., Thin J., Korolo O., (2019, Jan) Effect of molecular side groups and local nanoenvironment on photodegradation and its reversibility. Photonics International Conference, Boston MA
- **Beavers, B.,** Cost R., Kunst J. T., Lindberg C., Lamb K., Thin J., Korolo, O., (2018, Jan) Single molecule-level study of donor-acceptor interactions and nanoscale environment in blends. Photonics International Conference, Huston TX

## Awards
- Oregon State University President's Commission on Status of Woman Scholarship (November 2018)
- Oregon State University Graduate Student Travel Award (November 2017, November 2018)
- SPIE Student Travel Grant (April 2018)

## Activities
- Physicists for Inclusion in Science – Webmaster          January 2018 – October 2019
- Women's Relief Society – President                       October 2015 – October 2017
- Volunteer Missionary                                     September 2009 – March 2011

## Skills
- Programs: Mathematica, Matlab, Labview, Puppet, Slurm, NIS, NFS, Word, Excel, PowerPoint, OpenOffice, and Photoshop
- Computer Languages: Python, TeX, R, MySql, Java, HTML, and assembly code
- Communication: Excellent public speaking and technical writing
- Other: Server mgt, Linux cmd-line familiarity, organized, problem-solver, leadership skills

Exhibit 7
Page 3 of 3