

# UNIVERSITY OF OREGON

# USCIS Form I-765
## Guide for F-1 Students

**Updated 2018-10-22**
**Ref: USCIS Form Edition: 05/31/18**

This Guide is for F-1 students at the University of Oregon applying employment authorization using Form I-765. The information contained in this guide is intended for general information. Students should consult the instructions for Form I-765 available at http://www.uscis.gov/i-765 and speak to an international student advisor about their specific applications.

## General Instructions

- Go to **http://www.uscis.gov/i-765** to download and open Form I-765 (use Chrome to download and complete the form)
- Print out all seven pages of the form
- Type in your answers and/or use black ink
- If printing, write clearly and neatly
- If you make a mistake, start again
- Be sure to sign the form on Page 3, #7a

## For More Information

**International Student and Scholar Services**
Office of International Affairs
3rd Floor, Oregon Hall
**Tel**     (541) 346-3206
**Email**   intl@uoregon.edu
**Web**     http://isss.uoregon.edu

---

**Application For Employment Authorization**
**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form I-765**
OMB No. 1615-0040
Expires 05/31/2020

**Download Form I-765 from http://www.uscis.gov/i-765**



► **START HERE - Type or print in black ink.**

**Part 1.  Reason for Applying**

**I am applying for** (select **only one** box):

**1.a.** ☐ Initial permission to accept employment.

**1.b.** ☐ Replacement of lost, stolen, or damaged employment authorization document, or correction of my employment authorization document **NOT DUE** to U.S. Citizenship and Immigration Services (USCIS) error.

> **NOTE:** Replacement (correction) of an employment authorization document due to USCIS error does not require a new Form I-765 and filing fee. Refer to **Replacement for Card Error** in the **What is the Filing Fee** section of the Form I-765 Instructions for further details.

**1.c.** ☐ Renewal of my permission to accept employment. (Attach a copy of your previous employment authorization document.)

**Part 2.  Information About You**

***Your Full Legal Name***

**1.a.** Family Name (Last Name) _____

**1.b.** Given Name (First Name) _____

**1.c.** Middle Name _____

***Other Names Used***

Provide all other names you have ever used, including aliases, maiden name and nicknames.  If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

**2.a.** Family Name (Last Name) _____

**2.b.** Given Name (First Name) _____

**2.c.** Middle Name _____

**3.a.** Family Name (Last Name) _____

**3.b.** Given Name (First Name) _____

**3.c.** Middle Name _____

**4.a.** Family Name (Last Name) _____

**4.b.** Given Name (First Name) _____

**4.c.** Middle Name _____

Form I-765   05/31/18

Page 1 of 7

Exhibit 9
Page 1 of 7



**Check Box 1a only.**

**#1a - 1c: Enter your full name (this should be your passport name).**

**#2a - 4c: Enter any other legal names used, such as a maiden name or nickname. If you do not have other names, write "N/A" in each box.**

Exhibit 9
Page 2 of 7

**#5a: If you are using the mailing address of a friend or relative, enter their name.**

**#5b: Enter the mailing address you want to use. Note: ALL USCIS mail will go to this address.**

**#6: If your physical address is the same as your mailing address, answer "Yes"; otherwise, answer "No" and provide your mailing address in items #7a - 7e.**

**#7a - 7e: Fill in your physical address ONLY if your answer to #6 was "No".**

**#8 & 9: Your answers are most likely "N O N E".**

**#10 & 11: Indicate your gender and marital status.**

**#12: Indicate "Yes" ONLY if you have ever applied for an Employment Authorization (EAD) Card in the past; otherwise, answer "No".**

**#13a: Answer "Yes" if you have a Social Security Number, and provide your SSN in #13b; otherwise, answer "No" and go to Item #14.**

---

**Part 2. Information About You** (continued)

*Your U.S. Mailing Address*

5.a. In Care Of Name (if any)
**Jane Smith**

5.b. Street Number and Name
**123 Downtown Lane**

5.c. [X] Apt. [ ] Ste. [ ] Flr. **999**

5.d. City or Town **Eugene**

5.e. State **OR**  5.f. ZIP Code **97405**
*(USPS ZIP Code Lookup)*

6. Is your current mailing address the same as your physical address?  [ ] Yes [X] No

**NOTE:** If you answered "No" to **Item Number 6.**, provide your physical address below.

*U.S. Physical Address*

7.a. Street Number and Name
**2250 Patterson Street**

7.b. [X] Apt. [ ] Ste. [ ] Flr. **234**

7.c. City or Town **Eugene**

7.d. State **OR**  7.e. ZIP Code **97401**

*Other Information*

8. Alien Registration Number (A-Number) (if any)
▶ A- **N O N E**

9. USCIS Online Account Number (if any)
▶ **N O N E**

10. Gender  [X] Male [ ] Female

11. Marital Status
[X] Single [ ] Married [ ] Divorced [ ] Widowed

12. Have you previously filed Form I-765?
[ ] Yes [X] No

13.a. Has the Social Security Administration (SSA) ever officially issued a Social Security card to you?
[ ] Yes [X] No

**NOTE:** If you answered "No" to **Item Number 13.a.**, skip to **Item Number 14.** If you answered "Yes" to **Item Number 13.a.**, provide the information requested in **Item Number 13.b.**

13.b. Provide your Social Security number (SSN) (if known).
▶ [                    ]

14. Do you want the SSA to issue you a Social Security card? (You must also answer "Yes" to **Item Number 15.**, **Consent for Disclosure**, to receive a card.)
[X] Yes [ ] No

**NOTE:** If you answered "No" to **Item Number 14.**, skip to **Part 2.**, **Item Number 18.a.** If you answered "Yes" to **Item Number 14.**, you must also answer "Yes" to **Item Number 15.**

15. **Consent for Disclosure:** I authorize disclosure of information from this application to the SSA as required for the purpose of assigning me an SSN and issuing me a Social Security card.  [X] Yes [ ] No

**NOTE:** If you answered "Yes" to **Item Numbers 14. - 15.**, provide the information requested in **Item Numbers 16.a. - 17.b.**

**Father's Name**

Provide your father's birth name.

16.a. Family Name (Last Name) **Student**

16.b. Given Name (First Name) **Father**

**Mother's Name**

Provide your mother's birth name.

17.a. Family Name (Last Name) **Student**

17.b. Given Name (First Name) **Mother**

*Your Country or Countries of Citizenship or Nationality*

List all countries where you are currently a citizen or national. If you need extra space to complete this item, use the space provided in **Part 6. Additional Information.**

18.a. Country
**United Kingdom**

18.b. Country
**N/A**

---

**#14: If you do not have a Social Security Number (SSN) and want to apply for one, answer "Yes" to items #14 and #15 and complete items #16a-16b and #17a-17b.**

**If you do NOT need or want to apply for a SSN, answer "No" to Item #14 and skip to Item #18a.**

**#16a-b; #17a-b: Provide your parents' names ONLY if you answered "YES" to #14 and #15; otherwise leave blank.**

**#18a-18b: Enter your country of citizenship or nationality in #18a. If you have more than one country of citizenship or nationality, enter it in #18b; otherwise, write "N/A".**

Exhibit 9
Page 3 of 7

**#19a-19c; #20: Enter your city, province and country of birth and your date of birth.**

**#21a: Enter your I-94 number (you can print out your I-94 record from https://i94.cbp.dhs.gov).**

**#21b-e: Enter your passport information; for #21c, your answer will likely be "N/A".**

**#22 - 23: Enter date of last arrival into US and place of last arrival into US.**

**#24 - 25: Enter the status you had when you last came to the US and your current status ('F-1 Student').**

**#26: Enter your SEVIS ID number, which you can find at the top of your I-20; only type in the numbers.**

---

**Part 2. Information About You** (continued)

**Place of Birth**

List the city/town/village, state/province, and country where you were born.

**19.a.** City/Town/Village of Birth
London

**19.b.** State/Province of Birth
London

**19.c.** Country of Birth
United Kingdom

**20.** Date of Birth (mm/dd/yyyy)    01/01/1990

**Information About Your Last Arrival in the United States**

**21.a.** Form I-94 Arrival-Departure Record Number (if any)
► 1 2 3 4 5 6 7 8 9 0 1

**21.b.** Passport Number of Your Most Recently Issued Passport
EKG123456

**21.c.** Travel Document Number (if any)
N/A

**21.d.** Country That Issued Your Passport or Travel Document
United Kingdom

**21.e.** Expiration Date for Passport or Travel Document (mm/dd/yyyy)    12/31/2027

**22.** Date of Your Last Arrival Into the United States, On or About (mm/dd/yyyy)    09/15/2017

**23.** Place of Your Last Arrival Into the United States
Los Angeles

**24.** Immigration Status at Your Last Arrival (for example, B-2 visitor, F-1 student, or no status)
F-1 Student

**25.** Your Current Immigration Status or Category (for example, B-2 visitor, F-1 student, parolee, deferred action, or no status or category)
F-1 Student

**26.** Student and Exchange Visitor Information System (SEVIS) Number (if any)
► N- 0011223344

Form I-765  05/31/18    Page 3 of 7

---

**Information About Your Eligibility Category**

**27.** **Eligibility Category.** Refer to the **Who May File Form I-765** section of the Form I-765 Instructions to determine the appropriate eligibility category for this application. Enter the appropriate letter and number for your eligibility category below (for example, (a)(8), (c)(17)(iii)).
( c ) 3 ( b )

**28.** **(c)(3)(C) STEM OPT Eligibility Category.** If you entered the eligibility category **(c)(3)(C)** in **Item Number 27.**, provide the information requested in **Item Numbers 28.a - 28.c.**

**28.a.** Degree

**28.b.** Employer's Name as Listed in E-Verify

**28.c.** Employer's E-Verify Company Identification Number or a Valid E-Verify Client Company Identification Number

**29.** **(c)(26) Eligibility Category.** If you entered the eligibility category (c)(26) in **Item Number 27.**, provide the receipt number of your H-1B spouse's most recent Form I-797 Notice for Form I-129, Petition for a Nonimmigrant Worker.
►

**30.** **(c)(8) Eligibility Category.** If you entered the eligibility category (c)(8) in **Item Number 27.**, have you **EVER** been arrested for and/or convicted of any crime?    ☐ Yes  ☐ No

**NOTE:** If you answered "Yes" to **Item Number 30.**, refer to **Special Filing Instructions for Those With Pending Asylum Applications (c)(8)** in the **Required Documentation** section of the Form I-765 Instructions for information about providing court dispositions.

**31.a.** **(c)(35) and (c)(36) Eligibility Category.** If you entered the eligibility category (c)(35) in **Item Number 27.**, please provide the receipt number of your Form I-797 Notice for Form I-140, Immigrant Petition for Alien Worker. If you entered the eligibility category (c)(36) in **Item Number 27.**, please provide the receipt number of your spouse's or parent's Form I-797 Notice for Form I-140.
►

**31.b.** If you entered the eligibility category (c)(35) or (c)(36) in **Item Number 27.**, have you **EVER** been arrested for and/or convicted of any crime?    ☐ Yes  ☐ No

**NOTE:** If you answered "Yes" to **Item Number 31.b.**, refer to **Employment-Based Nonimmigrant Categories, Items 8. - 9.**, in the **Who May File Form I-765** section of the Form I-765 Instructions for information about providing court dispositions.

---

**#27: Enter (c)(3)(b) if you are applying for the 12-month Post-Completion Optional Practical Training benefit.**

**STEM OPT Extension applicants ONLY: If you are applying for the 24-month STEM extension of OPT, enter (c)(3)(c) in Item #27 AND answer items #28a - 28c. For #28a, enter your degree and major, e.g. "PhD, Chemistry".**

**#29 - 31: These do not apply to F-1 students and should be left blank.**

Exhibit 9
Page 4 of 7

## Part 3. Applicant's Statement, Contact Information, Declaration, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form I-765 Instructions before completing this section. You must file Form I-765 while in the United States.

### Applicant's Statement

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.** If applicable, select the box for **Item Number 2.**

**Check Box #1a**

**1.a.** [X] I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

**1.b.** [ ] The interpreter named in **Part 4.** read to me every question and instruction on this application and my answer to every question in

_____ ,

a language in which I am fluent, and I understood everything.

**Write "N/A" in Box 2**

**2.** [ ] At my request, the preparer named in **Part 5.**,

**N/A** ,

prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

**#3 - 5: Enter your daytime telephone number, your mobile telephone number, and your email address**

**3.** Applicant's Daytime Telephone Number

**541-999-9999**

**4.** Applicant's Mobile Telephone Number (if any)

**541-999-9999**

**5.** Applicant's Email Address (if any)

**myemail@uoregon.edu**

**6.** [ ] Select this box if you are a Salvadoran or Guatemalan national eligible for benefits under the ABC settlement agreement.

### Applicant's Declaration and Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from any and all of my records that USCIS may need to determine my eligibility for the immigration benefit that I seek.

I furthermore authorize release of information contained in this application, in supporting documents, and in my USCIS records, to other entities and persons where necessary for the administration and enforcement of U.S. immigration law.

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that:

**1)** I reviewed and understood all of the information contained in, and submitted with, my application; and

**2)** All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

### Applicant's Signature

**7.a.** Applicant's Signature

➡ **SIGN YOUR NAME IN INK**

**7.b.** Date of Signature (mm/dd/yyyy)   **10/01/2018**

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

**#7a - 7b: IMPORTANT! Sign your form in black ink and date it - the application is not valid without your signature**

## Part 4. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.a.** Interpreter's Family Name (Last Name)

_____

**1.b.** Interpreter's Given Name (First Name)

_____

**2.** Interpreter's Business or Organization Name (if any)

_____

Form I-765  05/31/18

Page 4 of 7

Exhibit 9
Page 5 of 7

**Part 4.  Interpreter's Contact Information, Certification, and Signature**

*Interpreter's Mailing Address*

**3.a.**  Street Number and Name

**3.b.**  ☐ Apt.  ☐ Ste.  ☐ Flr.

**3.c.**  City or Town

**3.d.**  State          **3.e.**  ZIP Code

**3.f.**  Province

**3.g.**  Postal Code

**3.h.**  Country

*Interpreter's Contact Information*

**4.**  Interpreter's Daytime Telephone Number

**5.**  Interpreter's Mobile Telephone Number (if any)

**6.**  Interpreter's Email Address (if any)

*Interpreter's Certification*

I certify, under penalty of perjury, that:

I am fluent in English and _____, which is the same language specified in **Part 3., Item Number 1.b.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question.  The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Declaration and Certification**, and has verified the accuracy of every answer.

*Interpreter's Signature*

**7.a.**  Interpreter's Signature

**7.b.**  Date of Signature (mm/dd/yyyy)

Form I-765   05/31/18                                      Page 5 of 7

---

**Part 5.  Contact Information, Declaration, and Signature of the Person Preparing this Application, If Other Than the Applicant**

Provide the following information about the preparer.

*Preparer's Full Name*

**1.a.**  Preparer's Family Name (Last Name)

**1.b.**  Preparer's Given Name (First Name)

**2.**  Preparer's Business or Organization Name (if any)

*Preparer's Mailing Address*

**3.a.**  Street Number and Name

**3.b.**  ☐ Apt.  ☐ Ste.  ☐ Flr.

**3.c.**  City or Town

**3.d.**  State          **3.e.**  ZIP Code

**3.f.**  Province

**3.g.**  Postal Code

**3.h.**  Country

*Preparer's Contact Information*

**4.**  Preparer's Daytime Telephone Number

**5.**  Preparer's Mobile Telephone Number (if any)

**6.**  Preparer's Email Address (if any)

---

Pages 5 and 6 do not apply.

---

**Part 5.  Contact Information, Declaration, and Signature of the Person Preparing this Application, If Other Than the Applicant** (continued)

*Preparer's Statement*

**7.a.**  ☐  I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

**7.b.**  ☐  I am an attorney or accredited representative and my representation of the applicant in this case ☐ extends ☐ does not extend beyond the preparation of this application.

   **NOTE:**  If you are an attorney or accredited ay need to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

*Preparer's Certification*

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant.  The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the **Applicant's Declaration and Certification**, and that all of this information is complete, true, and correct.  I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

*Preparer's Signature*

**8.a.**  Preparer's Signature

**8.b.**  Date of Signature (mm/dd/yyyy)

Form I-765   05/31/18                                      Page 6 of 7

Exhibit 9
Page 6 of 7

**Instructions for Part 6, #3 - #7**

**Write "N/A" in items 3d, 4d, 5d, 6d, and 7d IF you have no extra information to provide**

**(1) IF YOU USED OTHER SEVIS ID NUMBERS BEFORE YOUR SEVIS ID**
**Use the first open section, e.g,. #3, or #4 if #3 is already used**

**3a - Write "3" for page number**
**3b - Write "2" for part number**
**3c - Write "26" for item number**
**3d - Write all SEVIS ID numbers previously used:**

**Examples:**

*"Previous SEVIS ID, N00xxxxxxx, F-1 student, ESL program at [name of school or program], 1/1/2013 - 12/31/2013"*

*"Previous SEVIS ID, N00xxxxxxx, J-1 exchange student, University of Oregon, 9/25/2015 - 3/31/2016"*

**(2) IF YOU WERE PREVIOUSLY AUTHORIZED FOR CPT oR OPT**
**Use the first open section, e.g,. #3, or #4 if #3 is already used, etc.**

**3a - Write "3" for page number**
**3b - Write "2" for part number**
**3c - Write "27" for item number**
**3d - Write any CPT and/or OPT for which you were previously authorized, with the degree level and dates indicated**

**Examples:**

*"CPT authorized, 6/1/2015 - 8/31/2015, BA degree in Business, [university or college name], SEVIS ID N00xxxxxxx"*

*"Post-completion OPT authorized, 9/1/2016 - 8/31/2017, MA degree in Chemistry, [university or college name], SEVIS ID N00xxxxxxx"*

**Attach copies of any Employment Authorization (EAD) cards you may have received in the past.**

---

**#1a - 1c: Enter your name.**
**#2: Write "N O N E".**

**Part 6, #3 - #7: READ CAREFULLY**

**These items are used to provide more information for any question requiring extra space. IN ADDITION, use these sections to report if ANY of these apply to you:**

- *DID YOU USE ANY OTHER SEVIS ID NUMBERS IN THE PAST?*
  **You may have used a different SEVIS ID if you went to another school in the US, if you took an extended break during your studies and received a new I-20, or if you had J-1 or M-1 status before you started your F-1 studies. Search your immigration records, including past I-20(s), DS-2019(s), and visas.**

- *WERE YOU EVER AUTHORIZED FOR CPT oR OPT IN THE PAST?*
  **This could include CPT or OPT authorized through the University of Oregon OR a previous school. Search your records for previous CPT or OPT authorizations.**

**SEE INSTRUCTIONS IN THE NEXT COLUMN FOR COMPLETING Items #3 - #7**

---

**Part 6.  Additional Information**

If you need extra space to provide any additional information within this application, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper.  Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.a.** Family Name (Last Name)  Student

**1.b.** Given Name (First Name)  John

**1.c.** Middle Name

**2.** A-Number (if any) ▶ A- N O N E

**3.a.** Page Number   **3.b.** Part Number   **3.c.** Item Number

**3.d.**

**4.a.** Page Number   **4.b.** Part Number   **4.c.** Item Number

**4.d.**

**5.a.** Page Number   **5.b.** Part Number   **5.c.** Item Number

**5.d.**

**6.a.** Page Number   **6.b.** Part Number   **6.c.** Item Number

**6.d.**

**7.a.** Page Number   **7.b.** Part Number   **7.c.** Item Number

**7.d.**

Exhibit 9
Page 7 of 7