IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : : : : : : : : : : : : / |
| Plaintiff, | CIVIL ACTION FILE NO. 6:25-cv-1703 |
| v. | PLAINTIFF'S DECLARATION IN OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS |
| TPH PARALEGAL PROFESSIONAL CORPORATION D/B/A TPH LEGAL SERVICES | TCPA (47 U.S.C. § 227) DEMAND FOR JURY TRIAL |
| Defendant. | |

### DECLARATION OF CHET MICHAEL WILSON

1. I am the Plaintiff in the above-captioned action. I am over 18 years of age, and I make this declaration based on my personal knowledge. If called as a witness, I could and would testify competently to the facts stated herein.

2. I reside in the State of Oregon and have lived in Oregon for many years. At all relevant times, I have maintained my home in Oregon.

3. I am, and for at least the last five years have been, the subscriber and customary user of a cellular telephone number assigned to me ending in -9999, with area code 541.

4. I use this cellular number on a daily basis for my personal use. It is my primary cellular number. I did not obtain this number for the purpose of litigation.

5. My cellular number is serviced by Verizon Wireless and my wireless service and billing records for this number are in my name.

Declaration

1

6. I have never used this cellular number as a "dummy" number, a fake number, or a number that I give out for test or joke purposes. I use it as my real, working cellular telephone number to communicate with family and friends. It is my primary number.

7. I have never provided my 541-XXX-9999 cellular number to TPH Paralegal Professional Corporation, TPH Legal Services, or any related entity. I have never done business with them, never hired them, and never opened an account with them.

8. Before receiving the call that is the subject of this lawsuit, I had never heard of TPH Paralegal Professional Corporation or TPH Legal Services.

9. On or about July 15, 2025, I received a call directed to my 541-XXX-9999 cellular telephone number from the telephone number 1-888-863-9798.

10. I was physically present in Oregon when I received this call.

11. When I listened to the message associated with this call, I heard a short prerecorded voice message.

12. I brought this lawsuit to stop these kinds of unwanted prerecorded calls and to hold Defendant accountable for calling my cell phone without my consent.

13. I understand that this case has been brought as a class action on behalf of other people who, like me, received prerecorded or artificial voice calls on their cellular telephones from Defendant (or calls that Defendant caused to be placed) without their consent.

14. I understand that, as a proposed class representative, I have a duty to act in the best interests of the class, to stay informed about the case, and to work with my attorneys in prosecuting the claims.

3

15. My interests in this case are the same as the interests of the other people who received prerecorded calls from Defendant without consent. I do not have any conflict of interest with the proposed class members.

16. I understand that this declaration will be submitted to the Court in support of my Opposition to Defendant's Motion to Dismiss and/or to Strike, and I make this declaration voluntarily and truthfully.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 24th, 2025, at Eugene, Oregon.

_____
CHET MICHAEL WILSON