Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Attorney for Plaintiff and the Proposed Class

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | | |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION FILE NO. 6:25-cv-1703 |
| Plaintiff, | : : | |
| v. | : : : | NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO THE |
| TPH PARALEGAL PROFESSIONAL CORPORATION D/B/A TPH LEGAL SERVICES | : : : | DEFENDANT'S MOTION TO DISMISS TCPA (47 U.S.C. § 227) DEMAND FOR JURY TRIAL |
| Defendant. | : | |

_____/

### NOTICE OF SUPPLEMENTAL AUTHORITY IN
### OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS

Plaintiff respectfully submits this notice of supplemental authority in support of his

Opposition to Defendant's Motion to Dismiss. On March 24, 2026, Chief Judge McShane issued

an opinion denying Defendant's Motion for Summary Judgment in *Wilson v. Skopos Financial,*

*LLC*, No. 6:25-cv-00376-MC, 2026 WL 810636 (D. Or. Mar. 24, 2026). A copy of that opinion

is attached herein as Exhibit A.

In *Skopos*, the court rejected the contention that Mr. Wilson lacks standing under the

TCPA and held that his receipt of unsolicited telemarketing calls was the exact type of invasion

of privacy that is sufficient to allege standing under the TCPA. Additionally, the Court cited

favorably to *N.L. by Lemos v. Credit One Bank, N.A.*, the same authority Plaintiff cited in his

Opposition, for the proposition that a third-party's provision of Mr. Wilson's telephone number did not constitute Mr. Wilson's permission to receive the subject calls, which Defendant here characterizes as a "mistake." Moreover, the *Skopos* court dispensed with Defendant's characterization that Mr. Wilson exploits the TCPA in a footnote.

This authority is relevant here because Defendant similarly argues that the call was intended for someone else and thus cannot give rise to individual or class liability under the TCPA. As a result, Plaintiff respectfully submits that the arguments advanced by Defendant here do not provide a basis for dismissal at the pleading stage based on this authority.

Plaintiff respectfully requests that the Court consider this authority in evaluating Defendant's Motion to Dismiss.


RESPECTFULLY SUBMITTED AND DATED this March 30, 2026.

> s/Andrew Roman Perrong
> Andrew Roman Perrong, OSB No. 243320
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class


## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: March 30, 2026                    */s/ Andrew Roman Perrong*
                    Andrew Roman Perrong, Esq.


Opposition to Motion to Dismiss                    2