Jeffrey G. Bradford, OSB No. 133080
  Direct:  503.802.5724
  Email:  jeff.bradford@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(EUGENE DIVISION)

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>TPH PARALEGAL PROFESSIONAL CORPORATION d/b/a TPH LEGAL SERVICES,<br><br>        Defendant. | Civil No. 6:25-cv-01703-MTK<br><br>**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CLASS ACTION COMPLAINT** |

For its Answer to Plaintiff Chet Michael Wilson ("Plaintiff")'s Class Action Complaint, Defendant TPH Paralegal Professional Corporation dba TPH Legal Services ("Defendant"), by and through counsel, admits, denies, and responds as follows.  Except as expressly admitted in the paragraphs below, each and every allegation in the Complaint (including statements set forth in headings and subheadings) is denied.

**NATURE OF THIS ACTION**

1.     Paragraph 1 of the Complaint contains no factual allegations requiring a response. To the extent any response is required, Defendant denies the allegations in Paragraph 1 of the Complaint.

2.     Defendant denies the allegations in Paragraph 2 of the Complaint.

3.     Defendant denies the allegations in Paragraph 3 of the Complaint.

**JURISDICTION AND VENUE**

4.     Defendant admits that this Court has subject matter jurisdiction over Plaintiff's claims.

5.     Defendant denies that venue is proper in this Court.

6.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 6 of the Complaint and therefore denies them.

**PARTIES**

7.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 7 of the Complaint and therefore denies them.

8.     Defendant admits the allegations in Paragraph 8 of the Complaint.

9.     Paragraph 9 of the Complaint contains legal conclusions to which no response is required.  To the extent any response is required, Defendant admits that it is a person as defined by 47 USC 153(39).

**PLAINTIFF'S ALLEGATIONS**

10.     Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 10 of the Complaint and therefore denies them.

PAGE 2 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
          CLASS ACTION COMPLAINT

11. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 11 of the Complaint and therefore denies them.

12. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 12 of the Complaint and therefore denies them.

13. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 13 of the Complaint and therefore denies them.

14. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 14 of the Complaint and therefore denies them.

15. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15 of the Complaint and therefore denies them.

16. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16 of the Complaint and therefore denies them.

17. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17 of the Complaint and therefore denies them.

18. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18 of the Complaint and therefore denies them.

19. Defendant admits the allegations in Paragraph 19 of the Complaint.

20. Defendant admits the allegations in Paragraph 20 of the Complaint.

21. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21 of the Complaint and therefore denies them.

22. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22 of the Complaint and therefore denies them.

23.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23 of the Complaint and therefore denies them.

24.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 24 of the Complaint and therefore denies them.

25.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25 of the Complaint and therefore denies them.

26.    Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 26 of the Complaint and therefore denies them.

27.    Defendant denies the allegations in Paragraph 27 of the Complaint.

28.    Defendant denies the allegations in Paragraph 28 of the Complaint.

## CLASS ACTION ALLEGATIONS

29.    Defendant denies that the class described in Paragraph 29 of the Complaint is appropriate for the Court to certify in this case.

30.    Paragraph 30 of the Complaint contains legal conclusions to which no response is required.  To the extent any response is required, denies the allegations in Paragraph 30 of the Complaint.

31.    Defendant denies the allegations in Paragraph 31 of the Complaint.

32.    Defendant denies the allegations in Paragraph 32 of the Complaint.

33.    Defendant denies the allegations in Paragraph 33 of the Complaint.

34.    Defendant denies the allegations in Paragraph 34 of the Complaint.

35.    Defendant denies the allegations in Paragraph 35 of the Complaint.

36.    Defendant denies the allegations in Paragraph 36 of the Complaint.

37.    Defendant denies the allegations in Paragraph 37 of the Complaint.

38. Defendant denies the allegations in Paragraph 38 of the Complaint.

39. Defendant denies the allegations in Paragraph 39 of the Complaint.

40. Defendant denies the allegations in Paragraph 40 of the Complaint.

41. Defendant denies the allegations in Paragraph 41 of the Complaint.

42. Defendant denies the allegations in Paragraph 42 of the Complaint.

43. Defendant denies the allegations in Paragraph 43 of the Complaint.

44. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44 of the Complaint and therefore denies them.

45. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45 of the Complaint and therefore denies them.

46. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46 of the Complaint and therefore denies them.

47. Defendant denies the allegations in Paragraph 47 of the Complaint.

48. Defendant denies the allegations in Paragraph 48 of the Complaint.

49. Defendant denies the allegations in Paragraph 49 of the Complaint.

50. Defendant denies the allegations in Paragraph 50 of the Complaint.

51. Defendant denies the allegations in Paragraph 51 of the Complaint.

52. Defendant denies the allegations in Paragraph 52 of the Complaint.

53. Defendant denies the allegations in Paragraph 53 of the Complaint.

54. Defendant denies the allegations in Paragraph 54 of the Complaint.

55. Defendant denies the allegations in Paragraph 55 of the Complaint.

56. Defendant denies the allegations in Paragraph 56 of the Complaint.

57. Defendant denies the allegations in Paragraph 57 of the Complaint.

## COUNT 1

### Violation of 47 U.S.C. § 227(b)(1)(A)(iii)

58. Defendant realleges and incorporates its responses set forth in the paragraphs above.

59. Defendant denies the allegations in Paragraph 59 of the Complaint.

60. Defendant denies the allegations in Paragraph 60 of the Complaint.

## AFFIRMATIVE DEFENSES

61. Plaintiff's claims are barred because the Court lacks personal jurisdiction over Defendant.

62. Plaintiff, and the putative class, have failed to state a claim upon which relief can be granted.

63. Plaintiff's claims on behalf of the purported classes are barred by Plaintiff's failure to meet all mandatory requirements of FRCP 23.

64. The claims alleged by the named Plaintiff are neither common nor typical of those, if any, of the members of the purported classes.

65. The named Plaintiff is an inadequate representative of the purported classes, and plaintiff's counsel cannot adequately represent the purported classes.

66. The types of claims alleged by Plaintiff are matters in which individual questions predominate and, accordingly, are not appropriate for class treatment.

67. Plaintiff's claims are barred because Defendant acted in good faith, and not recklessly or intentionally, at all relevant times.

## PRAYER

WHEREFORE, having fully answered Plaintiff's Complaint, Defendant prays for relief as follows:

A.    That Plaintiff take nothing by way of his Complaint, and that the Complaint be dismissed, in its entirety, with prejudice; and

B.    Such other relief as the Court deems just, equitable, and proper.

DATED:  April 15, 2026.

TONKON TORP LLP


By:    *s/ Jeffrey G. Bradford*
        Jeffrey G. Bradford, OSB No. 133080
        Direct:  503.802.5724
        Email:  jeff.bradford@tonkon.com
        *Attorneys for Defendant*

PAGE 7 – DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S CLASS ACTION COMPLAINT